# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MATTHEW WILLIAMS, JR.                                         PETITIONER


v.                              NO. 5:16-cv-00007 JM


WENDY KELLEY, Director of the                              RESPONDENT
Arkansas Department of Correction


## ORDER


The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Matthew Williams, Jr., is dismissed. All requested relief is denied, and judgment will be entered for respondent Wendy Kelley. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is denied.[1]

---

[1] The Court is not convinced that petitioner can make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. 2253(c)(2).

IT IS SO ORDERED this 23rd day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE